IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATISHA E. OLSEN                                                               PLAINTIFF

v.                          NO. 3:20-cv-00299 PSH

KILOLO KIJAKAZI, Acting Commissioner                   DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 26th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE